(INND Rev. 12/23)                                                                                    page 1

**-FILED-**
JAN 25 2024
At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

reginald-darnell: Porter
[You are the PLAINTIFF, print your full name on this line.]

v.

Officer Katie Crook
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  2:24cv33
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Officer Katie Crook, Officer Daniel Martinez, Officer Gabe Acevedo | 6260 Central Ave. Portage, Indiana 46383 |
| 2 | [Put the names of any other defendants in these boxes.] Prosecutor Gary S. Germann, Prosecutor Randall Dawkins | 157 S. Franklin Street Valparaiso, Indiana 46383 |
| 3 | Judge Jeffery L. Thode | 3560 Willowcreek Road Portage, Indiana 46383 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __8__

2. What is your address?  609 South Wayne Street
   Gary, Indiana [00000]

3. What is your telephone number: (000) 000-0000

4. Have you ever sued anyone for these exact same claims?
   ☑ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

See Next Page ①

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

reginald-darnell: Porter
[You are the PLAINTIFF, print your full name on this line.]

v.

Indiana State BAR Association
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number _____
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Indiana State BAR Association | 201 N. Illinois Street Suite 1225. Indianapolis, Indiana 46204 |
| 2 | [Put the names of any other defendants in these boxes.] Indiana Secretary of State Diego Morales | 200 W. Washington St. Indianapolis, Indiana 46204 |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __8__

2. What is your address? 609 South Wayne Street Gary, Indiana [00000]

3. What is your telephone number: (000) 000-0000

4. Have you ever sued anyone for these exact same claims?
   ☑ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Page ②

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how these events happened.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
   **DO NOT**: Include the names of minors, social security numbers, or dates of birth.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I was Kidnapped from on the side of the road and taken to jail without being convicted of a crime. I was attacked and assaulted by several Officers.

2. Prosecutor's and the Judge conspire to violate my rights.

1st Claim - Violation of 42 U.S.C. Sec. 1983

2nd Claim - Violation of the Administrative Procedures Act of 1946

3rd Claim - Violation of the plaintiff's right to Due Process Under the 5th Amendment.

4th Claim - Violation of the Tucker's Act.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 12/23)                                                                                                    page 3

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

- ☒ No.
- ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

*The plaintiff demands the court to grant judgment for 5 million dollars in compensatory, punitive, and future damages, revoke the prosecutor's bond and license to practice law.*

FILING FEE – Are you paying the filing fee?

- ☐ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]
- ☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

RDP  I will keep a copy of this complaint for my records.
RDP  I will promptly notify the court of any change of address.
RDP  I declare **under penalty of perjury** that the statements in this complaint are true.

_reginald-darnell: Porter_          _1-25-2024_
Signature                                          Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

In care of
reginald-darnell:porter
609 South Wayne Street
Gary, Indiana [00000]
11/27/2023

IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF INDIANA CIVIL DEPARTMENT

reginald-darnell:porter
    Plaintiff

v.s

Judge Jeffery L. Thode
Prosecutor Gary S. Germann(#710764)
Prosecutor Randall Dawkins(36010-64)
Officer Katie Crook(165)
Officer Gabe Acevedo(190)
Officer Daniel Martinez(156)
Indiana State Bar Association
Indiana Secretary of State Diego Morales
    Defendant's

**Demand For A Trial By Jury**

**Case No. 64D06-2208-F6-6474**

**5 MILLION DOLLAR CLAIM UNDER 42 U.S. CODE SEC. 1983 ACTION FOR DEPRAVATION OF CIVIL RIGHTS, VIOLATION OF THE "TUCKERS ACT" CODIFIED AT 28 U.S.C. SEC. 1346 (a) AND 1491, AND VIOLATION OF THE ADMINISTRATION PROCEDURES ACT OF 1946 AT 5 USC §551 et seq. THIS CLAIM IS ALSO FOR VIOLATION OF DUE PROCESS.**

["Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

Comes Now Plaintiff reginald-darnell:porter, to file his Civil Claim. The claim is brought forward in Common Law, "Administrative Law," "Law," "Equity," and Under the Uniform Commercial Code. This 42 U.S. Code Sec. 1983 Civil Action Claim is for Depravation of Civil Right Under Color of Law. This claim is for 5 Million Dollars, to revoke the state court judge's license to practice law, to be granted the Prosecutor's Assets, and to be granted judgment in full to be paid collectively. The Plaintiff also demands complete control of the state court's corporate charter and to have all records of the alleged traffic infraction/arrest removed from the record including any jail time.

The plaintiff also demands the court to order the police officer(s) not to have contact with the plaintiff without a police corporate supervisor present. If the plaintiff is involved in a traffic stop in the future, he demand the court to order the police corporate supervisor to be present before contact. Municipal court has no jurisdiction to make judicial determination because court gets its jurisdiction from the city ordinance.

No corporation can legally give itself judicial authority. It appears traffic court judge is not a real judge with legal judicial authority and is participating in the misconduct of making a legal determination as an administrative judge without jurisdiction. The plaintiff did not get a fair and impartial procedure in the municipal court or state court process. The right of any public body to determine its own rules of procedure must be exercised in conformity with existing laws. See: Heiskell v. City of Baltimore (1888), 86 Md. 126, Atl. 116. A legislative body cannot make a rule which evades or avoids the effect of a rule prescribed by the constitution or statutes governing it, and it cannot do by indirection what it cannot do directly. See: Crawford v. l~Uchrfet (1912), 64 PTa. 4I, SS So. 983; Can- 6etd ~. G}resham (1881), 82 Tez. 10, 17 S.W. 390; Tayloe v. Davis (1924), 212 Ala. 282, 102 90. 433 ; Brennan v. Con- Aou~ (ie~e), gar a~icn, sa, 173 N.W. sɪɪ.


### The Following Fatal Flaws Blocked Traffic Court's Jurisdiction

**1.** The police officer violated the Separation Clause in the Constitution when he signed the summons (ticket) for the plaintiff to appear in court.

**2.** The illegal signing cause a "Due Process" violation when the court proceeded with the court processes and local rules.

**3.** The players in the court all have a conflict of interest because they all are being paid by the same corporation.

**4.** There is no injured party, and the officer violated the Constitution and therefore has no credibility to testify.

**5.** The prosecutor has no witness.

**6.** Ordinances and statutes are not valid laws because they do not have the three elements the state constitution mandates must be present to be a valid law.

### Statement of Jurisdiction:

Federal courts are authorized to hear cases brought under section 1983 pursuant to two statutory provisions: 28 U.S.C.A. § 1343(3) (1948) and 28 U.S.C.A. § 1331 (1948). The former statute permits federal district courts to hear cases involving the deprivation of civil rights, and the latter statute permits federal courts to hear all cases involving a federal question or issue. Cases brought under section 1983 may therefore be heard in federal courts by application of both jurisdictional statutes. The Cause of Action can be found at 5 USC §702.

### 42 U.S. Code § 1983 - Civil Action For Deprivation Of Rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be a statute of the District of Columbia.

### The Tuckers Act:

Tucker Act exposes the government to liability for certain claims. Specifically, the Act extended the original Court of Claims' jurisdiction to include claims for liquidated or unliquidated damages arising from the Constitution (including takings claims under the Fifth Amendment), a federal statute or regulation and claims in cases not arising in tort. The relevant text of the Act is codified in 28 U.S.C. §§ 1346(a) and 1491. The Tucker Act (March 3, 1887, ch. 359, 24 Stat. 505, 28 U.S.C. § 1491) is a federal statute of the United States by which the United States government has waived its sovereign immunity with respect to lawsuits pertaining to 5th Amendment violations of due process.

<sub>
</sub>



### The Plaintiff Is A State Citizen Of The Republic State Of Indiana:

The Plaintiff is a citizen of the Republic State of Indiana and as such is not subject to a corporate policies and rules without an injured party, and without an order from a judicial judge. See: Attachments- A copy of the plaintiff's Affidavit of State Citizenship, a copy of his Live Birth Certificate, and a copy of his Passport Card verifying his state citizenship.

### Short And Plain Statement of The Claim:

The defendant's, acted with deliberate indifferent to the Constitution and federal laws when performed an illegal side of the road stop without an injured party. During that stop police officer(s) Katie Crook, Gabe Acevedo, and Daniel Martinez did not issue the plaintiff a ticket or summons, but instead took him to Porter County Jail. The police officer later signed the summons as an officer of the court in violation of the "separation of the power clause in the constitution. The defendant's conspired to violate the plaintiff's right UNDER 42 U.S. CODE SEC. 1983, the plaintiff's right to due process. The defendants violated the administrative procedures act of 1946, which in short mandate that corporations and policies must be in harmony with the constitution, and federal laws. The structure of the traffic ticket R.I.C.O. scheme shows it is unconstitutional starting at the gate when the police officer illegally signs in the place of a judicial officer of the court. The officer is trained to proceed illegally and granted incentive when the officer issues a high number of illegal traffic tickets. The plaintiff has been violated by the employee enforcing the city rules, and policies. Also, the plaintiff's right to due process is violated by the court's procedures and local rules. The parties in this traffic ticket scheme court have a conflict of interest because they all are being paid by the same state corporation. Municipal court has no legal judicial authority to make a legal determination in an administrative court process.

### Demand For Judgement:

The plaintiff demands the court to grant judgment for 5 Million Dollars, in compensatory, punitive, and future damages, revoke the judge's and prosecutor's bond and license to practice law.

### Common Law Claim Elements:

1. Controversy (The listed defendant)

2. Specific Claim (violation of 18 U.S.C.S 1983)

3. Specific Remedy Sought by Claimant (5 Million)

4. Claim Must be Sworn To (Affidavit of Verification attached), and I will verify in open court that all herein be true.

### Article III Standing

Plaintiff has Article III standing when he shows: (1) an injury in fact, (2) causation, (3) and redressability. The plaintiff will meet the constitutional standing requirements, necessary to suing a state agency under the APA. Plaintiff will show he was injured, and the injury is linked to the defendant's conduct while performing employee duties outlined by the state corporation. The injury was caused by the unconstitutional policing, court procedures and processes, and the injury is capable of redress under the civil rights laws. The plaintiff also has an interest within the "zone of interests" protected by federal law governing the agency's actions.



### Remedy:
Every system of civilized law must have two characteristics: Remedy and Recourse. Remedy is a way to get out from under that law, and you recover your loss. The Common Law, the Law Merchants, and even the Uniform Commercial Code all have remedy and recourse. The Remedy and Recourse are found in the UCC. They are found right in the first volume, at 1-308 (old 1-207) and 1-103.

### Recourse:
Recourse appears in the Uniform Commercial Code at 1-103.6, which says: The Code is complimentary to the Common Law, which remains in force, except were displaced by the code. A statute should be construed in harmony with the Common Law unless there is a clear legislative intent to abrogate the Common Law. The plaintiff is a 'State' citizen of the Republic State of Indiana, and therefore not subject to the state court's statutory jurisdiction without an injured party.

### The Defendant's Liability:
Plaintiff will prove that an "actions pursuant to official agency policy" caused his injuries). The Supreme Court has emphasized that "[w]here a plaintiff claims that the agency . . . has caused an employee to [violate plaintiff's constitutional rights], rigorous standards of culpability and causation must be applied to ensure that the agency is not held liable solely for the actions of its employee."
Brown, 520 U.S. at 405.

The Prosecutor(s) Gary S. Germann, Randall Dawkins, and the Police officer(s) Katie Crook, Gabe Acevedo, and Daniel Martinez - official's (the defendant's), through the official own individual actions, have violated the Constitution." Ashcroft v. Iqbal, 129 S. Ct. 1937, 1948 (2009); see also Starr v.Baca, No. 09-55233, --- F.3d ---, 2011 WL 2988827, at *2-*3 (9th Cir. July 25, 2011). The constitutional deprivation the plaintiff suffered was the product of a policy or custom of the local governmental unit because an agency's liability must rest on the actions of the agency, and not the actions of the employees of the agency. See Brown, 520 U.S. at 403; City of Canton, 489 U.S. at 385; Monell, 436 U.S. at 690-91; Fogel, 531 F.3d at 834; Webb, 330 F.3d at 1164; Gibson, 290 F.3d at 1187; Hopper, 241 F.3d at 1082; Blair v. City of Pomona, 223 F.3d 1074, 1079 (9th Cir. 2000); Oviatt v. Pearce, 954 F.2d 1470, 1473-74 (9th Cir. 1992). See also Connick v. Thompson, 131 S. Ct. 1350, 1359 (2011) 4,

### Policies
"Official agency's policy includes the decisions of a government's lawmakers, the acts of its policymaking officials, and practices as persistent and widespread as to practically have the force of law." Connick v. Thompson, 131 S. Ct. 1350, 1359 (2011).

### Agency's Customs
The plaintiff will establish the agency's liability upon a showing that there is a permanent and well-settled practice by the agency which gave rise to the alleged constitutional violation. See City of St. Louis v. Praprotnik, 485 U.S. 112, 127 (1988); Navarro v. Block, 72 F.3d 712, 714-15 (9th Cir. 1996); Thompson v. City of Los Angeles, 885 F.2d 1439, 1444 (9th Cir. 1989), overruled on other grounds by Bull v. City & County of San Francisco, 595 F.3d 964 (9th Cir. 2010). Once the plaintiff, has demonstrated that a custom exists, the plaintiff need not also demonstrate that "official policy-makers had actual knowledge of the practice at issue." Navarro, 72 F.3d at 714-15; Thompson, 885 F.2d at 1444.



## Pleading Standard

There is no heightened pleading standard with respect to the "policy or custom" requirement of demonstrating agency's liability. See Leatherman v. Tarrant County Narcotics Intelligence & Coordination Unit, 507 U.S. 163, 167-68 (1993); see also Empress LLC v. City of San Francisco, 419 F.3d 1052, 1055 (9th Cir. 2005); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1124 (9th Cir. 2002); Lee v. City of Los Angeles, 250 F.3d 668, 679-80 (9th Cir. 2001); Evans v. McKay, 869 F.2d 1341, 1349 (9th Cir. 1989).

## Acting under Color of State Law

The question of whether a person who has allegedly caused a constitutional injury was acting under color of state law is a factual determination. See Brunette v. Humane Soc'y of Ventura County, 294 F.3d 1205, 1209 (9th Cir. 2002); Gritchen v. Collier, 254 F.3d 807, 813 (9th Cir. 2001); Lopez v. Dep't of Health Servs., 939 F.2d 881, 883 (9th Cir. 1991) (per curiam); Howerton v. Gabica, 708 F.2d 380, 383 (9th Cir. 1983). A defendant has acted under color of state law where he or she has "exercised power 'possessed by virtue of state law and made possible only because the wrongdoer is clothed with the authority of state law.'" West v. Atkins, 487 U.S. 42, 49 (1988) (quoting United States v. Classic, 313 U.S. 299, 326 (1941)); see also Polk County v. Dodson, 454 U.S. 312, 317-18 (1981); Anderson v. Warner, 451 F.3d 1063, 1068 (9th Cir. 2006); McDade v. West, 223 F.3d 1135, 1139-40 (9th Cir. 2000); Johnson v. Knowles, 113 F.3d 1114, 1117 (9th Cir. 1997); Vang v. Xiong, 944 F.2d 476, 479 (9th Cir. 1991); see also Florer v. Congregation Pidyon Shevuyim, N.A., 639 F.3d 916, 922 (9th Cir. 2011).

"Actions taken pursuant to a agency's rules or policies are made 'under color of state law.'" See Coral Constr. Co. v. King County, 941 F.2d 910, 926 (9th Cir. 1991). Even if the deprivation represents an abuse of authority or lies outside the authority of the official, if the official is acting within the scope of his or her employment, the person is still acting under color of state law. See Anderson, 451 F.3d at 1068-69; McDade, 223 F.3d at 1140; Shah v. County of Los Angeles, 797 F.2d 743, 746 (9th Cir. 1986). However, "[i]f a government officer does not act within [the] scope of employment or under the color of state law, then that government officer acts as a private citizen." See Van Ort v. Estate of Stanewich, 92 F.3d 831, 835 (9th Cir. 1996) (finding no action under color of state law where a police officer returned to a home where a search had taken place the day before, forced his way in, and tortured the two people residing in the home); see also Gritchen, 254 F.3d at 812-13; Huffman v. County of Los Angeles, 147 F.3d 1054, 1058 (9th Cir. 1998); Johnson, 113 F.3d at 1117-18.

## Affirmative Cause Link

Plaintiff has established an affirmative causal link between the agency's policy or practice and the alleged constitutional violation. See City of Canton, Ohio v. Harris, 489 U.S. 378, 385, 391-92 (1989); Van Ort v. Estate of Stanewich, 92 F.3d 831, 835 (9th Cir. 1996); Oviatt v. Pearce, 954 F.2d 1470, 1473-74 (9th Cir. 1992).

## The Administrative Procedures Act. Of 1946

The defendants violated The "ADMINISTRATIVE PROCEDURES ACT AT 5 USC §551 et seq. (1946). This Federal Law was "Enacted" into law in 1946, and the key to this law is it states the governments administrative policies must be in harmony with the Constitution. The administrative procedures act mandates in part "non-legislative rules" such as guidance, guidelines, agency staff manuals, staff instructions, opinion letters, and press releases are called "statements of policy" or "guidance." (The two terms are not synonyms, only closely correlated: statements of policy are almost always issued in documents classified as guidance, and guidance documents to the public often include statements of policy.) Guidance and statements of policy are not legally binding on the public because they have not gone through the required procedures to become "legislative" regulations binding on the public (depending on the rule, hearing, notice, comment, publication). However, when stated in mandatory language, they can bind the agency itself. They have only hortatory effect on the public, the plaintiff is challenging the court's (agency's) right to enforce their policy (statute) statement or guidance rules on a state citizen without jurisdiction, an injured party, or due process and without an order from a judicial judge.

The fact the police ticketing process is structured in violation of the rights of state citizens clearly shows that the process is not structured to be constitutional, and clearly is in violation of the administrative procedures act as the agency's policies and rules violate the constitution.
The plaintiff demands a Judicial review of the defendant's misconduct for abuse of discretion, as authorized by the US Administrative Procedures Act. of 1946.

### Parties- Corporations

**a.** Prosecutor Gary S. Germann, and Randall Dawkins is a resident of the court's jurisdiction.

**b.** Officer(s) Katie Crook, Gabe Acevedo, and Daniel Martinez is doing business in the court's jurisdiction.

**c.** The Officer's Bond Insurance.

### Negligence:

**a.** The defendant's breached the duty of care owed when issues a summons without an injured party.

**b.** The defendant also violated the separation clause in the constitution when she signed the summons to appear on behalf of the judicial officer of the court.

**c.** The police department's normal everyday procedures are clearly in violation of the rights of citizens.

**d.** The breach of duty caused by the defendant's caused reginald-darnell;porter to suffer substantial damages including past and future legal expenses, past and future economic loss.

**e.** At all times relevant the defendants were acting in the scope of their employment with the police department and the state corporation.

**f.** Pursuant to the Tucker Act. the court waives immunity for employees violating the rights of state citizens.

**g.** The defendant's violated the plaintiff's 5th amendment right to due process.

Claims:

**1st Claim-**
Violation of 42 U.S.C. Sec. 1983
**2nd Claim-**
Violation of the Administrative Procedures Act. Of 1946.
**3rd Claim-**
Violation of the plaintiff's right to Due Process Under the 5th Amendment.
**4th Claim-**
Violation of the Tucker's ACT

**Damages:**
1. Plaintiff adopts and incorporates by reference is fully set forth herein the document.

2. As a direct and proximate result of the afore-mentioned acts and/or omissions of the defendants, the plaintiff is entitled to recover damages. The damages for which Plaintiff seeks compensation from the defendants, both jointly and severally, include but are not limited to, the following:
a. Physical, mental, and emotional pain, and suffering of reginald-darnell:porter.
b. Punitive damages.
c. All cost, including any and all discretionary cost.
e. The jury be impaneled to try all issues joined in the case.

**WHEREFORE,** Plaintiff reginald-darnell:porter, request the following
a. That the court enter a judgment in favor of the plaintiff, and against the defendants on all counts of the complaint:

b. That the court award compensatory damages in Gold to plaintiff, and against the defendants jointly and severally, in an amount to be determined at trial:

c. That the court award punitive damages to the plaintiff, and against the defendants, jointly and severally, in an amount to determine at trial in order that such award will deter similar proscribed conduct by the defendants in the future;

d. That the court award the plaintiff, and against the defendants, prejudgment and post-judgment interest on all sums awarded in this action, and including reasonable legal fees, pursuant to 42.U.S.C. Sec. 1988: and

e. The court award control of the court's corporate charter to the plaintiff and order the court to add the plaintiff to Their Board of Directors.

f. Order the court corporation to allow plaintiff to have a vote in any manners concerning administrative operations.

g. That the court grant the plaintiff such other equitable relief that the court deems appropriate.

### Demand For A Trial By Jury

Comes Now, the plaintiff, and hereby demands jury trial on all issues so triable to a jury.

11/27/2023

*reginald-darnell:porter* (signature)

reginald-darnell:porter
Without Prejudice UCC 1-308



## CERTIFICATE OF SERVICE

I hereby certify that on the __26__th day of November, 2023, the foregoing document was filed in Court, and a copy was served on the parties below.

_reginald-darnell:porter_ 11/27/2023

reginald-darnell:porter
Without Prejudice UCC 1-308

reginald-darnell:porter **Permanent Address:**
**Rural Route Delivery**
609 South Wayne Street
Gary, Indiana [00000]

**Mailed to the following:**

Judge Jeffery L. Thode-3560 Willowcreek Road Portage, Indiana 46368

Prosecutor Gary S. Germann-157 S. Franklin Street Valparaiso, Indiana 46383

Prosecutor Randall Dawkins-157 S. Franklin Street Valparaiso, Indiana 46383

Officer Katie Crook-6260-Central Avenue, Portage, Indiana 46383

Officer Gabe Acevedo-Central Avenue, Portage, Indiana 46383

Officer Daniel Martinez-Central Avenue, Portage, Indiana 46383

Civil Rights Task Force
United States Attorney's Office Southern District of Indiana
10 West Market Street, Suite 2100
Indiananapolis, Indiana 46204

## AFFIDAVIT OF reginald-darnell:porter

**STATE OF INDIANA**

**COUNTY OF PORTER**

    I, the Affiant, who goes by a man, being of sound mind, and over the age of twenty-one, reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and having never been re-presented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws in and for the State of Indiana, in good faith, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the government and the judiciary, that the following statements and facts, are true and correct of Affiant's own first-hand knowledge, understanding, and belief, do solemnly declare, and depose and say: The above mentioned case must be transferred in the interest of justice. Other state court judges are participating in the same misconduct and therefore the defendant cannot get a fair and impartial trial in the state court.

**FURTHER AFFIANT SAITH NOT.**

    I declare under the penalty of bearing false witness before God and as recognized under the laws in and for The State of Indiana, the Laws of the United States of America, acting with sincere intent and full standing in law, do herewith certify and state that the foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended to mislead anyone, and that Jon Doe, executes this document in accordance with best knowledge and understanding without dishonor, without recourse; with All rights reserved, without prejudice.

Done this 26th day of November in the year 2023, under penalty of perjury under the laws of the United States of America.

*reginald-darnell:porter*
reginald-darnell:porter

SUBSCRIBED AND SWORN to this 26th day of, November, 2023.

Notary Public; in and for Porter County, IN

Donna M Smith
Notary of the State of Indiana



DONNA M. SMITH
My Commission Expires
June 6, 2027
Commission Number NP0720671
Porter County

# NOTICE

To the following Respondents:

Honorable Presiding Judge

or current office holder in chambers
Judge Jeffery L. Thode, in chambers
PORTER SUPERIOR COURT 6
3560 Willowcreek Road
Portage, Indiana 46368
Certified Mail No.

:Reginald-Darnell:Porter., Claimant

609 South Wayne Street

Gary, Indiana (46403-3345)

Clerk of Court
PORTER SUPERIOR COURT 6
3560 Willowcreek Road
Portage, Indiana 46368

April 24, 2023

Re: PORTER SUPERIOR COURT 6        Case # 64D06-2208-F6-006474

NOTICE TO AGENT IS NOTICE TO PRINCIPAL.
NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

Dear Judge and other Respondents:

Please note that I have been informed the court sold bonds and/or securities bearing the name REGINALD DARNELL PORTER under S.S.N. 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 without my knowledge and consent which I believe is securities fraud as well as a breach of your fiduciary duties. While I am not making such an accusation at this time, I am giving you an opportunity to rectify the situation. Enclosed in my case files you will find G.S.A. forms OF90 (Release of Lien on Real Property), OF91 (Release of Personal Property from Escrow), SF28 (Affidavit of Individual Surety), SF24 (Bid Bond), SF25 (Performance Bond), SF25A (Payment Bond), and an endorsed bill of exchange. These bonds authorize you to order the release of the defendant / surety from prison and/or conditions of release. I demand to be set at liberty immediately. I also request that the record for Case # 64D06-2208-F6-006474 be amended to reflect the proper accounting to maintain the integrity of the data used in the national matching program. It is my intent, through use of these government forms, to access the remedy as the accommodation party in order to settle and close the case and all associated accounts. It is my understanding that the Defendant / Trust has been an agency / vessel of the United States (presumed to be in *Cestui Que Vie*) and a resident of the STATE OF INDIANA and the STATE OF INDIANA since November 27, 1976.



## MEMORANDUM OF LAW

- 27 C.F.R. § 72.11 defines any type of offense / crime against any Federal or State codes as a commercial exercise (see Commercial Crimes).
- 26 U.S.C. § 2652 (b)(1) defines a trust as "any arrangement (other than an estate) which, although not a trust, has the substantially same effect as a trust".
- Title 12 U.S.C. § 1813 (L)(1) defines a deposit as "any note deposited in a demand deposit account becomes the equivalent of cash and is a cash proceed".
- Title 12 U.S.C. § 411 states that all Federal Reserve Notes may be redeemed for lawful money at any Federal Reserve Bank on demand.
- INDIANA COMMERCIAL CODE 11-3-104(E) [U.C.C. 3-104 (E)]
  "An instrument is a 'note' if it is a promise and is a 'draft' if it is an order. If an instrument falls within the definition of both 'note' and 'draft', a person entitled to enforce the instrument may treat it as either."
- INDIANA COMMERCIAL CODE 11-3-419(B) [U.C.C. 3-104 (B)]
  "An accommodation party may sign the instrument as maker, drawer, acceptor, or indorser and, subject to subsection (d), is obliged to pay the instrument in the capacity in which the accommodation party signs. The obligation of an accommodation party may be enforced notwithstanding any statute of frauds and whether or not the accommodation party receives consideration for the accommodation."
- "Silence can only be equated with **fraud** <u>when there is a legal or moral duty to speak,</u> or <u>when an inquiry left unanswered would be intentionally misleading.</u> ... We cannot condone this shocking conduct. ... If this is the case, we hope our message is clear. This sort of deception will not be tolerated, and if this is routine, it should be corrected immediately." (*U.S. v. Tweel*, 550 F2d 297, 299-300)
- Maxim of Equity: "Where there is a wrong, there must be a remedy."
- insinuation (Black's Law Dictionary 5th and 8th editions) – In civil law, the act of depositing (an instrument) with a public registry for recording. 2. A document that evidences a donation of property.
- [Fed. Reserve Board 2046 balance sheet], [I.R.S. Form 1041 instruction booklet pgs. 2, 6, and 13], [I.R.S. 6209 decoding manual].
- [Federal Rules of Civil Procedure, Rule 8(c)(1) regarding affirmative defenses]

The enclosed accepted bill of exchange is endorsed on the back showing :Reginald-Darnell:Porter., as payee and REGINALD DARNELL PORTER as the payor as in a check. I am the contracting officer for said Trust, and no contracts are entered into without my signature. The Trust known as REGINALD DARNELL PORTER, account # 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, has a bonded escrow account located at the D.T.C. from which all necessary funds may be accessed including all incidents stemming from, relating to, or having any relationship to, from, or with Lake County, Indiana for and on behalf of beneficiary :Reginald-Darnell:Porter. This fraud was brought upon the Court when, as co-fiduciary trustees, they represented the plaintiff / principal(s) as the above-listed plaintiff / principal(s) knowing that the Securities and Exchange Commission (S.E.C.) SQ/SA and 424b5 prospectus filing(s) listed different entity(s) ownership(s), and **I believe that no evidence to the contrary exists**. The above-named Administrators, Executors,


Representatives, and Fiduciary Trustees while acting in their official capacities agree to hold the Grantor / Beneficiary, :Reginald-Darnell:Porter., harmless from any liability or loss by indemnification and bond from any and all possible taxable terminations, transfers, distributions, direct skips originating from the Legal Estate of the Decedent, REGINALD DARNELL PORTER, with political commercial account No. 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.

The expiration of seventy-two **(72)** hours after your receipt of this Indenture Agreement and private Indemnity Bond, without the total and complete correction of the record, will constitute a breach of contract with a summary judgment and an international commercial Notice of lien on the real and movable property, malpractice bond(s), and non-performance bond(s) of each and every Co-Fiduciary / Trustee, Co-Administrator, and all others similarly situated, *et al.*

This appointment will not be affected by the addition of Co-Administrators and Co-Fiduciary Trustees from time to time by the Grantor / Beneficiary, :Reginal-Darnell:Porter., {*Beatty v. Guggenheim Exploration Co.*, 122 N.E. 378 (/9/9). 225 N.Y. 380. 119 N.E. 575. 223 N.Y. 294 (/9/8). Landmark case all constructive trust} as they become known. Failure to correct the record and settle the account within seventy-two **(72)** hours will constitute a Trust *ex maleficio* and will result in a claim of Fiduciary Trust fraud for the wrongful conversion of Beneficiary's private beneficial interest including the conversion of counterfeited securities and obstruction of justice with a claim to the international community and to the Criminal Tax Division of the Internal Revenue Service for criminal tax evasion of $500,000.00 including but not limited to many years in prison ( *Trezevant v. City of Tampa* ) and a 1099OID and a 1099C showing you as the recipient of the funds on this taxable instrument(s) for the execution of penalties for counterfeit securities issued against :Reginald-Darnell:Porter., without any agreement or lawful contract.

Pursuant to this Private Settlement Agreement Judgment, **IT IS DECLARED:**

There now exists a private contract between us and what I expect of the co-administrators and co-fiduciary trustees to remain on your side of the Declaration of Rights that precedes and attaches to the STATE OF INDIANA corporation constitution and that you remain in the state corporation constitution and out of my domain which is the declaration of the Bill of Rights and:

- THAT any conducted court proceedings are intended to be of competent jurisdiction;

- THAT the Plaintiff is a corporation with DUNS # 078682466 / 078682467;

- THAT the Plaintiffs have failed to state a claim upon which relief can be granted [12(b)(6)];

- THAT the act of criminal barratry will be charged to the clerk of court and/or the court administrator for any reassignment of fiduciary duty by the court administrator and/or denial of the filing of this Private Settlement Agreement Order creating the denial of the right to access the court;

- THAT the act of criminal barratry will be charged to the judge / agent, clerk of court, and/or court administrator for any controversy brought into this court in opposition to this Private Settlement Agreement;

*Counterfeit Securities-- Pursuant to Title 18 U.S.C. § 4, of the commission of crimes cognizable by a court of the United States under Title 18 U.S.C. § 513 to wit:*
   *"513(a) Whoever makes.. utters or possesses a counterfeited security of a State or political subdivision thereof or of an organization with intent to deceive another person, organization, or government, shall be fined not more than $250,000.00 or imprisoned not more than ten years, or both.*
*See also Sections 2311, 2314, and 2320 for additional fines and sanctions. Among the securities defined at 18 U.S.C. § 2311 is included "evidence of indebtedness" which, in a broad sense, may mean anything that is due and owing which would include a duty, obligation, or right of action.*

- THAT abuse of office and official misconduct will occur for any failure of the clerk of court and/or court administrator and/or judge / agent to place this Private Settlement Agreement into the evidence file;

- THAT standard judicial operating procedures (S.O.P.) can never overrule obstruction of justice or due process [*Trezevant v. City of Tampa*];

- THAT any applicable damages shall be assessed at the rate previously set forth or otherwise stated by invoice / true bill from the Claimant / Attorney in Fact;

- THAT the Administrators, Executors, and Fiduciary Trustees provide equal protection of the law as a Matter of Law and as a Matter of Record;

- THAT the Administrators, Executors, and Fiduciary Trustees comply with Federal Congressional Legislation by not upholding recoupment;

- THAT the act of criminal barratry, abuse of office, and/or official misconduct will be charged to the judge / agent, clerk of court, and/or court administrator for any failure to acknowledge and deliver this Private Settlement Agreement judgment pursuant to the tenants herein;

- THAT this judgment is acknowledged and entered with prejudice by the Plaintiff and the Clerk of Court;

- THAT the bonds sold bearing the name of REGINALD DARNELL PORTER were insinuated due to the fraud of secrecy; and

- THAT I have a right to redeem the bonds which the court and/or the prison sold in the Defendant / Inmate's name and social security number; therefore, I am replacing those bonds with the enclosed bonds. I now own this case. The enclosed forms authorize you, and indeed, order you to:

> a) recall all the bonds / securities which were previously sold with the name REGINALD DARNELL PORTER and the above social security number and refund these monies to me as those funds belong to me;
>
> b) obtain your funding through the bonds enclosed;
>
> c) send a statement of account showing a zero (0) balance, and a check for all bond monies previously received on this account to the above mail location;
>
> d) release the Living Man held as surety from confinement and all conditions of imprisonment immediately; and
>
> e) discharge this matter and any financial obligations attached hereto.

**THESE FORMS ARE NOT SUBJECT TO THE DISCRETION OF THE COURT** or other recipients. If the Plaintiff has reason to reject these forms, you are required to **provide proof of claim via a sworn affidavit under penalty of perjury and assuming full commercial liability** as to why you are not required to accept the forms or advise me of any defect you may find in the forms and **provide your bond in support of your position.** Your failure to do so will be certified as fraud on your part pursuant to *U.S. v. Tweel*. Please note that the court's comments are directed to Internal Revenue Service employees and apply equally to all government employees.

**YOUR RESPONSIBILITY.** I understand it may take sixty **(60)** days to process the enclosed bonds, but I require a letter from you in good faith **within fifteen (15) days of the postmark on this communication** acknowledging receipt of the bonds and your good-faith intention to process the bonds and release me or, in the alternative, <u>your affidavit and bond in support of your claim of a defect in the bonds</u>. I am also requesting copies of the 1099-OIDs which were (or should have been) originally filed in regard to this case as well as copies of I.R.S. forms 706 and 709 which should have been filed, too. Your failure to respond within this time frame and in the manner stipulated will comprise your default and admission that there exists a right of lien on real property pursuant to this Private Settlement and judgment.

**EVENT OF DEFAULT.**
Failure to respond pursuant to the said terms of response or specifically perform under the provisions of the enclosed government forms (i.e., credit and ledger claimant's tender of consideration) will comprise a default on your part. As an operation of law, a default will comprise your agreement, consent, and confession to all of the terms, statements, and facts herein and herewith and all inclusions and indorsements, front and back, annexed hereto. Your default will comprise your confession <u>**to holding all liability in the aforesaid matter, your stipulation that the above noted party has exhausted his/her administrative remedy, and your consent to all necessary collection procedures**</u>. As well, your default will comprise your confession to securities fraud, tax fraud, breach of fiduciary duty, and false imprisonment and will be certified and reported to the Governor and the Comptroller of your State, the I.R.S., and



the local United States Attorney. Your default will comprise your agreement to the **arrest of your bond** and to the filing of criminal complaints and/or torts against any and all agents acting on behalf of the STATE OF INDIANA as plaintiffs referenced in the above-listed security.

**CONFESSION OF JUDGMENT.** Default will comprise your agreement to accept and pay certain fees. Your default is your agreement to pay a co-claimant fee as set forth in the attached invoice for the privilege of being joined as a co-Claimant against legal fiction REGINALD DARNELL PORTER pursuant to each attempt to impair the Claim or stultify the Claimant (me) or Debtor (the Trust) and that any and all diplomatic immunity or other implied immunity from liability is void.

**SELF-EXECUTING POWER OF ATTORNEY.** To facilitate your strict compliance with all of the terms of the Contract, if you fail to correct the default within ten **(10)** days, you give, by remaining silent, unlimited power of attorney to Claimant to sign and execute for you regarding enforcement of your obligations under this Contract. In that event, you instruct and authorize the Claimant to **execute Respondent's signature(s) in representative capacity on a *Self-executing Power of Attorney* document**.

**ESTOPPEL BY ACQUIESCENCE.** Your default will comprise your agreement that all issues pertaining to this Contract are deemed settled and closed *res judicata, stare decisis*, **collateral estoppel**, and, as a result, **judgment by estoppel**, and therein you will be confessing to the criminal act of false imprisonment should you fail to release me.

**WAIVER OF RIGHTS. CONFESSION OF JUDGMENT.** Your Default will comprise your consent, agreement, and confession to **waive any and all rights** to raise a controversy, to appeal, to object to, or to controvert administratively or judicially any of the terms and provisions in this Contract or the estoppel as well as your consent to serving as a successor surety for all obligations, commercial and corporeal, attributed to the account. Upon Default, you and your agents may not argue, controvert, or protest the finality of the administrative findings to which you have agreed unless such Waiver of Rights which follows is declined in writing. Any such argument or controversy will comprise your confession to Perjury, Enticement to Slavery, and various crimes against humanity. The Respondent's confession of judgment in the said amount is *res judicata* and *stare decisis*.

**DENIAL OF WAIVER OF RIGHTS.**
The Respondent(s) hereby acknowledge that they have received, read, and fully understand this administrative remedy presentment with attachments, endorsements, and schedules and do hereby reserve the right to raise a justiciable controversy by exhibiting verified proof of claim and loss no later than _____ 7 days _____ [must be within ten **(10)** days of date of signing below unless written permission for a longer period of time is obtained in writing from the Third Party Intervener / Real Party in Interest under injury]. In the event the said claim is honored, they further agree to settle all associated accounts to a zero ($0) balance. Failure to perform may result in claims without immunity against any or all official bonds and in a private or commercial venue.

**CERTIFICATION AND RECORDING OF NON-PERFORMANCE FOR EVIDENTIARY PURPOSES.**

For your protection, non-performance will be certified and recorded in the public record as evidence that :Reginald-Darnell:Porter., **has exhausted his administrative remedy and that you have elected to waive all rights to raise a controversy or to claim immunity from collection proceedings, having declined the opportunity to plead.**

Thank you for your assistance with this matter.

Sincerely,

REGINALD DARNELL PORTER
*reginald-darnell:Porter*

Government-created *ens legis* / Trust

By: Reginald-Darnell:Porter., living Man
_____

Authorized Representative
Claimant, Attorney in Fact