# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

REGINALD DARNELL PORTER

       Plaintiff

   v.

Civil Action No. 2:24-cv-33

KATIE CROOK, *Officer*
DANIEL MARTINEZ, *Officer*
GABE ACEVEDO, *Officer*
GARY S GERMANN, *Prosecutor*
RANDALL DAWKINS, *Prosecutor*
JEFFERY L THODE, *Judge*
INDIANA STATE BAR ASSOCIATION
DIEGO MORALES, *Indiana Secretary of State*

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED WITH PREJUDICE. Judgment ENTERED in favor of defendants Katie Crook, Daniel Martinez, Gabe Acevedo, Gary S Germann, Randall Dawkins, Jeffery L Thode, Indiana State Bar Association, and Diego Morales and against plaintiff Reginald Darnell Porter .

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Gretchen S Lund on Motions to Dismiss.

DATE: 9/20/2024  CHANDA J. BERTA, CLERK OF COURT

by  s/A. Highlen
*Signature of Clerk or Deputy Clerk*